UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

UNITED STATES OF AMERICA, et al.,

v.    Case No. 24-6144

STATE OF OKLHAOMA, et al.

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

State of Oklahoma, J. Kevin Stitt, Gentner Drummond, the Oklahoma Department of Public Safety, and Tim Tipton       [Party or Parties][1]

Appellants/Petitioners, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Cullen D. Sweeney
Name of Counsel

/s/ *Cullen D. Sweeney*
Signature of Counsel

313 NE 21st Street, Oklahoma City, OK 73105
(405) 521-3921
Mailing Address and Telephone Number

Cullen.Sweeney@oag.ok.gov
E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐  The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒  There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

July 19, 2024
Date

/s/ *Cullen D. Sweeney*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance Form to:
        [date]

_____

at_____,

the last known address/email address, by _____.
        [state method of service]


July 19, 2024_____
Date

/s/ *Cullen D. Sweeney*_____
Signature