UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

September 20, 2024

Garry Michael Gaskins II
Cullen D. Sweeney
Zachary Paul West
Office of the Attorney General for the State of Oklahoma
Litigation Department
313 NE 21st Street
Oklahoma City, OK 73105

**RE:** 24-6144, United States, et al v. State of Oklahoma, et al
Dist/Ag docket: 5:24-CV-00511-J

Dear Counsel:

Appellants' brief is deficient because:

The order(s) appealed and the lower court judgment must be submitted as attachments to the brief. *See* 10th Cir. R. 28.2(A) and 10th Cir. R. 30.1(F). In matters seeking review of a BIA decision, the transcript of the immigration judge's oral ruling and the written rulings of the Immigration Judge and the Board of Immigration Appeals must be attached. In addition, pursuant to 10th Cir. R. 28.2(C)(5), all attachments to briefs must be included and identified in the Table of Contents. As such, you will also need to update the Table of Contents with the attachments listed therein. Stating "Attachment 1" is not sufficient; the attachment must be clearly identified (i.e., "Attachment 1: District Court Judgment Filed mm/dd/yyyy").

You must file a corrected brief. Do not file paper copies of your brief until the court has received your corrected brief and has issued notice it is compliant.

The time to file a response brief will run from the date of service of appellant's corrected brief.

If you fail to correct the stated deficiency within three days of the date of this letter, the deficient brief will not be filed. In addition, the appeal may be dismissed without further notice. *See* 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc: Spencer Elijah Wittmann Amdur
Devraat Awasthi
Maxwell A. Baldi
Tanya Broder
Nicholas David Espiritu
Omar C. Jadwat
Wafa Junaid
Megan Lambert
Jean Lin
Leif Eric Overvold
Oscar Sarabia Roman
Elissa Stiles
Daniel Tenny
Cody Wofsy
Noor Zafar


CMW/mlb