UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                           Jane K. Castro
Clerk of Court                                                                Chief Deputy Clerk

November 20, 2024

Spencer Elijah Wittmann Amdur
Oscar Sarabia Roman
Cody Wofsy
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94104

Devraat Awasthi
Megan Lambert
ACLU of Oklahoma Foundation
Legal Department
P.O. Box 13327
Oklahoma City, OK 73113

Tanya Broder
Nicholas David Espiritu
National Immigration Law Center
3450 Wilshire Boulevard, Suite 108-62
Los Angeles, CA 90010-0000

Omar C. Jadwat
Wafa Junaid
Noor Zafar
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

**RE:**     **24-6144, United States, et al v. State of Oklahoma, et al**
              Dist/Ag docket: 5:24-CV-00511-J

Dear Counsel:

Appellees' brief is deficient because:

The front cover of the brief contains the incorrect originating case number. *See* 10th Cir. R. 28.2(C)(1).

The brief lists an attorney (Elissa Stiles) who has not yet entered an appearance in this appeal. Tenth Circuit Rule 46.1(A) requires formal entries of appearance from all attorneys whose names appear on briefs filed with the court.

You must file a corrected brief. Please file the brief as *appellee/respondent's brief* (not as intervenor's brief). Do not file paper copies of your brief until the court has received your corrected brief and has issued notice it is compliant.

The time to file a reply brief will run from the date of service of appellees' corrected brief.

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief will not be filed. In addition, the appellees will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

                Sincerely,

                Christopher M. Wolpert
                Clerk of Court

cc:    Matt Crapo
       Garry Michael Gaskins II
       Cullen D. Sweeney
       Zachary Paul West
       Maxwell A. Baldi
       Leif Eric Overvold
       Daniel Tenny

CMW/sls