IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| **Plaintiffs-Appellees,** ) | |
| ) | |
| v.                                  ) | No. 24-6144 |
| ) | |
| STATE OF OKLAHOMA, *et al.*,         ) | |
| ) | |
| **Defendants-Appellants.** ) | |

**OKLAHOMA'S MOTION FOR EXTENSION
OF TIME WITHIN WHICH TO FILE BRIEF**

Pursuant to 10th Cir. R. 27.6, the State of Oklahoma respectfully requests additional time within which to file a single combined reply brief in the above-captioned case, not to exceed 8,000 words in length, to be filed not later than Friday, January 3, 2025. In support, undersigned counsel states the following:

1.  Oklahoma's reply to the United States' response brief is currently due on Wednesday, December 11, 2024.

2.  Oklahoma's reply to the Intervenors' ("Private Plaintiffs") response brief is currently due on Thursday, December 12, 2024.

3.  Counsel for the United States and Private Plaintiffs have given their consent to the requested extension of time and word limits.

4.  This Court previously granted Oklahoma an extension of 21 days within which to file its opening brief. Dkt. 38. In addition, this Court granted the United States

and Private Plaintiffs an extension of 30 days within which to file their respective response briefs. Dkt. 48. No oral argument date has been set.

5. The United States filed its response brief on November 20, 2024. Private Plaintiffs filed a corrected response brief, as directed by the Court, on November 21, 2024. Accordingly, Oklahoma's brief in reply to the United States is currently due on December 11, 2024, and its brief in reply to Private Plaintiffs is due one day later, on December 12, 2024.

6. Oklahoma respectfully submits that it may reply more efficiently to the arguments raised in the United States' and Private Plaintiffs' response briefs by preparing a single combined reply brief not to exceed 8,000 words in length.

7. Several pressing work-related commitments have prevented counsel for Oklahoma from completing a reply brief by the current due dates, primarily including:

   a. *Oklahoma Statewide Charter School Board, et al., Petitioners v. Gentner Drummond, Attorney General, ex rel. State of Oklahoma, Respondent* and *St. Isidore of Seville Catholic Virtual School, Petitioner v. Gentner Drummond, Attorney General of Oklahoma, ex rel. State of Oklahoma, Respondent*, U.S. Supreme Court Nos. 24-394 and 24-396, docketed October 9, 2024, in which several counsel for Oklahoma are currently preparing a response to the petitions for a writ of certiorari with a due date of December 9, 2024. An extension has already been granted in those cases.

2

      b. *Kevin Underwood v. Oklahoma Pardon and Parole Board, et al.*, W.D. Okla. No. CIV-24-1266-G, filed on December 4, 2024, in which counsel for Oklahoma has been directed to file a response to plaintiff's emergency motion for stay, and to prepare for and appear at a hearing on the same, on today's date (December 6, 2024).

These matters have limited undersigned counsel's ability to work on this case before the current briefing deadline. Thus, it will not be possible to file a proper brief on time, even exercising due diligence and giving priority to preparing the brief.

8.    The requested extension will not appreciably delay resolution of the case, and counsel for Oklahoma will exercise diligence in preparing its brief in the time requested.

9.    This motion complies with 10th Cir. R. 27.6(B), in that it is filed at least three days before the brief's due date.

10.    For these reasons, Oklahoma respectfully requests an extension—until Friday, January 3, 2025—within which to file a single combined reply brief not to exceed 8,000 words.

Respectfully submitted,

s/ *Cullen D. Sweeney*

GARRY M. GASKINS, II
  *Solicitor General*
ZACH WEST
  *Director of Special Litigation*
CULLEN D. SWEENEY
  *Assistant Solicitor General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov
Cullen.Sweeney@oag.ok.gov

*Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Docket Activity to the registered participants of the ECF system.

s/ *Cullen D. Sweeney*
Cullen D. Sweeny