FILED
United States Court of Appeals
Tenth Circuit

March 13, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　Plaintiffs - Appellees,<br><br>v.<br><br>STATE OF OKLAHOMA, et al.,<br><br>　　Defendants - Appellants,<br><br>and<br><br>VICKI BEHENNA, in her official capacity as District Attorney of Oklahoma County, et al.,<br><br>　　Defendants.<br><br>------------<br><br>IMMIGRATION REFORM LAW INSTITUTE, et al.,<br><br>　　Amicus Curiae. | No. 24-6144<br>(D.C. No. 5:24-CV-00511-J)<br>(W.D. Okla.) |

_____

**ORDER**

_____

　　This matter is before the court *sua sponte* at the direction of the panel of judges who will hear oral argument in, and decide the merits of, this appeal. On January 23, 2025, the United States filed a Fed. R. App. P. 28(j) letter "to inform the Court of a proclamation issued by the President on January 20, 2025, titled 'Guaranteeing the States Protection Against Invasion,' 2025 WL 244160." The letter indicated that "the federal

government is assessing the effect of the [proclamation] on this case." Since the filing of the letter, this matter has been scheduled for oral argument on April 10, 2025. Accordingly, the court requires an update from the United States regarding its assessment of whether the aforementioned proclamation affects its position in this litigation.

No later than 12:00 p.m. MDT on Monday, March 17, 2025, the United States shall file a status report to advise the court whether its position in this litigation has changed. If the United States's position has changed, the status report shall (1) state the government's current position with respect to the issues pending on appeal; and (2) address how that change in position affects the course of further proceedings in this litigation.

No later than 12:00 p.m. MDT on Thursday, March 20, 2025, any other party may file a response to the United States's status report. Neither the status report nor any responses thereto may be longer than ten pages in a 13- or 14-point font. Hard copies need not be submitted.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk