

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7513
Washington, DC 20530

DT:LOvervold:MBaldi

Maxwell A. Baldi                                                                                        (202) 532-0211
maxwellbaldi@usdoj.gov

March 17, 2025

VIA CM/ECF
Christopher M. Wolpert
Clerk of Court
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257-1823

Re:   *United States v. Oklahoma*, No. 24-6144

Dear Mr. Wolpert:

    I write to inform the Court that the United States voluntarily dismissed its complaint in the above captioned case on March 15, 2025. Notice of Dismissal, Dkt. 50; *see* Fed. R. Civ. P. 41(a)(1)(A)(i).

    Voluntary dismissal terminates the action and dissolves the preliminary injunction from which defendants have appealed. *See United States v. Goldston*, 440 F. App'x 657, 660 (10th Cir. 2011). As no live controversy remains before this Court, the United States respectfully suggests that this appeal is moot. The United States asks this Court to cancel oral argument and to dismiss this appeal.

    We have consulted with the defendants, who agree that this appeal should be dismissed. We understand that Oklahoma intends to seek *Munsingwear* vacatur of the judgment of the district court in its status report later this week. The United States does not oppose vacatur. *See U.S. Bancorp Mortgage Co. v. Bonner Mall P'ship*, 513 U.S. 18, 23 (1994).

    This Court has provisionally granted leave to intervene in this appeal to the private plaintiffs in a consolidated action, subject to reconsideration by the merits panel. Order at 2 (Sept. 6, 2024). Because the district court denied private plaintiffs' motion for a preliminary injunction, *see* Order, Dkt. 40, their potential presence in this appeal

does not prevent this appeal from becoming moot. The private plaintiffs are free to seek a preliminary injunction in their own case; this appeal, however, cannot serve as vehicle to vindicate their claims because the order appealed from has been dissolved.

                Sincerely,

                /s/ Maxwell A. Baldi
                Maxwell A. Baldi

cc:    All counsel of record (via CM/ECF)