IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | )<br>)<br>) |
| Plaintiff-Appellee, | ) Civil Action No. 24-06144<br>)<br>) |
| v. | )<br>) |
| STATE OF OKLAHOMA, *et al.*, | )<br>) |
| Defendant-Appellant. | )<br>)<br>) |

## MOTION TO WITHDRAW

Nicholas Espiritu, counsel for the Private Plaintiffs, respectfully moves to withdraw as an attorney of record in this matter. Mr. Espiritu left his employment at the National Immigration Law Center effect April 18, 2025.

The Private Plaintiffs will continue to be represented by other counsel of record at the National Immigration Law Center.

April 23, 2025                                    Respectfully submitted,

*/s/ Nicholas Espiritu*
Nicholas Espiritu
NATIONAL IMMIGRATION LAW
CENTER
3450 Wilshire Blvd. 108-62
Los Angeles, CA 90010
213-639-3900
espiritu@nilc.org

## **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 61 words, excluding the parts exempted by Fed. R. App. P. 32(f).

Pursuant to Fed. R. App. P. 27(d)(1)(E), I also certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in 14-point, Times New Roman, proportionally spaced typeface, using Microsoft Word.

*/s/ Nicholas Espiritu*
Nicholas Espiritu
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd. 108-62
Los Angeles, CA 90010
213-639-3900
espiritu@nilc.org

## CERTIFICATE OF SERVICE

I certify that on April 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

*/s/ Nicholas Espiritu*
Nicholas Espiritu
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd. 108-62
Los Angeles, CA 90010
213-639-3900
espiritu@nilc.org