UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 19, 2025

Joan Kane
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:**    **24-6144, United States, et al v. State of Oklahoma, et al**
Dist/Ag docket: 5:24-CV-00511-J

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's March 25, 2025 order takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:    Spencer Elijah Wittmann Amdur
Devraat Awasthi
Maxwell A. Baldi
Tanya Broder
Matt Crapo
Garry Michael Gaskins II
Omar C. Jadwat
Amit Jain
Wafa Junaid
Donya Khadem

Megan Lambert
Joshua Adam Matz
Christopher Morel
Leif Eric Overvold
Oscar Sarabia Roman
Cullen D. Sweeney
Daniel Tenny
Zachary Paul West
Cody Wofsy
Noor Zafar


CMW/art