# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Plaintiff Appellee, | ) |
| v. | ) Civil Action No. 24-06144 |
| STATE OF OKLAHOMA, *et al.*, | ) |
| Defendants- Appellant. | ) |

## **MOTION TO WITHDRAW**

Tanya Broder, counsel for the Private Plaintiffs, respectfully moves to withdraw as an attorney of record in this matter. The Private Plaintiffs will continue to be represented by other counsel of record from the ACLU and ACLU of Oklahoma.

Dated: June 17, 2025

Respectfully submitted,

*/s/ Tanya Broder*
Tanya Broder
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd. 108-62
Los Angeles, CA 90010
(213) 639-3900
broder@nilc.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

I, Tanya Broder, certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 48 words, excluding the parts exempted by

Fed. R. App. P. 32(f).

Pursuant to Fed. R. App. P. 27(d)(1)(E), I also certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in 14-point, Times New Roman, proportionally spaced typeface, using Microsoft Word.

*/s/ Tanya Broder*
Tanya Broder
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd. 108-62
Los Angeles, CA 90010
(213) 639-3900
broder@nilc.org

*Counsel for Plaintiffs*