**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**
www.okwd.uscourts.gov

**JOAN KANE**
   CLERK

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000   Fax (405) 609-5099

07/26/2024

Clerk of the Court
Tenth Circuit Court of Appeals
The Byron White, U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

   RE:  24-6144;  United States of America v. Oklahoma State of et al; 5:24-cv-00511-J

Dear Mr. Wolpert:

Notice is hereby given that

☑   no transcripts are necessary; or
☐   transcripts are already on file; or
☐   transcripts have been electronically filed

for the above captioned case.  The record is ready for appeal purposes.

Sincerely,

JOAN KANE, COURT CLERK

by:  s/ N. Al Adhami
           Case Administrator

cc: Counsel of Record